95–1214. State v. Davie. *Summit County*, No. 16252. Reported at 74 Ohio St.3d 232, 658 N.E.2d 271. On motion for reconsideration. Motion denied.

COOK, J., not participating.

*Thursday, February 15, 1996*

## MISCELLANEOUS DISMISSALS

95–2384. State ex rel. Pahler v. Cleveland. *Cuyahoga County*, No. 68385. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective February 14, 1996.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## DISCIPLINARY DOCKET

94–2647. Dayton Bar Assn. v. O'Neal. On November 9, 1995, this court issued to respondent an order to show cause why he should not be held in contempt for failure to comply with the court's order of May 24, 1995, to wit: failure to pay board costs on or before August 22, 1995. On November 20, 1995, respondent paid board costs, including accrued interest, in full. On November 27, 1995, respondent filed a response to the order to show cause. Upon consideration thereof,

IT IS ORDERED by the court that the show cause order be, and is hereby, vacated, effective February 14, 1996.